IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS GELPI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 15-1974 |

## ORDER

**AND NOW**, this 27th day of April, 2016, upon consideration of Defendant City of Philadelphia's Motion to Dismiss for Failure to State a Claim (Docket No. 10), and Plaintiff's response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion to Dismiss is **GRANTED IN PART** and **DISMISSED AS MOOT IN PART** as follows:

1. The Motion is **GRANTED** insofar as it seeks dismissal of the claims asserted against the City of Philadelphia in Count 1, and those claims are **DISMISSED**.

2. The Motion is **DISMISSED AS MOOT** insofar as it seeks dismissal of Count 2, based on Plaintiff's voluntary withdrawal of that Count.

3. The City of Philadelphia is **DISMISSED** as a party to this action.

BY THE COURT:

/s/John R. Padova
John R. Padova, J.